In the Matter of TATIANA NERONI, an Attorney, Appellant. GRIEVANCE COMMITTEES OF THE FOURTH JUDICIAL DEPARTMENT, Respondent.

Submitted January 11, 2016; decided March 24, 2016

Motion, insofar as it seeks disqualification of Judges Stein and Fahey, dismissed as academic; motion, insofar as it seeks disqualification of Chief Judge DiFiore, dismissed upon the ground that the Court of Appeals has no authority to entertain the motion made on nonstatutory grounds. The application seeking recusal of the Chief Judge is referred to her for individual consideration and determination. Chief Judge DiFiore denies the referred motion for recusal. Motion for ancillary relief denied. On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.

Judges STEIN and FAHEY taking no part.

In the Matter of NEW YORK CITY ASBESTOS LITIGATION.

RUBY E. KONSTANTIN, Individually and as Executrix of DAVE JOHN KONSTANTIN, Deceased, Respondent, v 630 THIRD AVENUE ASSOCIATES et al., Defendants, and TISHMAN LIQUIDATING CORPORATION, Appellant.

Submitted March 14, 2016; decided March 24, 2016

Motion by Business Council of New York State et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR ANDERSON, Appellant.

Submitted March 21, 2016; decided March 24, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.